IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS | § | |
| v. | § | CIVIL ACTION NO. 6:18cv464 |
| STATE OF TEXAS, ET AL. | § | |

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND RELATED MOTIONS**

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation (Dkt. #16) concluding that the Plaintiff's motions for a temporary restraining order, motion for a court order, and motion for scheduling and federal protection should be denied. The Plaintiff filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of certain motions, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Plaintiff to the Report. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Plaintiff's motion for a temporary restraining order (docket no. 4), motion for a court order (docket no. 5), and motion for scheduling and federal protection (docket no. 9) are **DENIED**.

**SIGNED this the 27th day of September, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE