IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL G. PETERS | § | |
| v. | § | CIVIL ACTION NO. 6:18cv464 |
| STATE OF TEXAS, ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the lawsuit should be dismissed without prejudice for failure to effect service of process upon the defendants. The Plaintiff filed objections asserting that the Magistrate Judge is part of the state-wide conspiracy against him. Plaintiff's objections are without merit.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The court has conducted a *de novo* review of the objections raised by Plaintiff to the Report. It concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the above-styled civil action is **DISMISSED** without prejudice for failure to effect service of process. It is further

**ORDERED** that the statute of limitations is suspended on the Plaintiff's claims for a period of 60 days following the date of entry of final judgment. Finally, it is

**ORDERED** that any and all motions by either party not previously ruled upon are hereby **DENIED**.

**SIGNED this the 9th day of June, 2020.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE